**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
SCOTT CRESPO
v.
CONNOR DRINAN and
BRANDON ZAUCHA

Case Number: 10-cv-05536

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF SCOTT CRESPO

| | |
|---|---|
| NAME (Type or print) Mark T. Lavery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Mark T. Lavery | |
| FIRM Lavery Law Firm | |
| STREET ADDRESS 733 Lee, Suite 150 | |
| CITY/STATE/ZIP Des Plaines, IL 60016 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271291 | TELEPHONE NUMBER 847-813-7771 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |