**Report of Parties Planning Meeting**

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on January 4, 2011 via telephone conference between:

Christopher V. Langone for plaintiff(s)
Bart Huff for defendant(s).

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   *a. Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed).*

   1. Nature and extent of Defendants' winnings.
   2. Amounts of winnings.
   3. Relationship between Defendants with respect to backing, vouching and finding and soliciting "investors" in the play.
      (a) Defendants do not agree that this is a relevant subject for discovery.
   4. The identity, location and winnings and losses of all participants in the tournaments.
      (a) Plaintiff does not agree that this is a relevant subject of discovery
   5. Defendants intend to argue that online tournament poker is a "bona fide contest of skill" exempted from the statute, and therefore, will seek discovery on this subject.
      (a) Plaintiff does not agree that the exemption in the statute applies to this case, but agrees that discovery is warranted if the Court determines that the exemption is potentially applicable.

   b. Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by **2/15/11,** unless otherwise ordered by Court upon motion by defendants.
   All discovery to be commenced in time to be completed by **2/28/12**

   c. The parties expect they will need approximately **10** depositions **each**.

   d. Reports from retained experts under Rule 26(a)(2) due:

   from plaintiff(s) by **9/30/11**
   from defendant(s) by **11/30/11**

   e. All potentially dispositive motions should be filed by (**3/30/12**).
   [Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

   f. Final pretrial order: Plaintiff to prepare proposed draft by **5/31/12**; parties to file joint final pretrial order by **6/15/12**

    g. The case should be ready for trial by (**6/18/12**) and at this time is expected to take approximately (**10 days**).

3. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff's settlement demand.

4. **Consent.** Parties (do) (**do not**) consent unanimously to proceed before a Magistrate Judge.

Date: January 4, 2011_____

                                              /s/ Christopher V. Langone
                                              Counsel for Plaintiff


                                              /s/ Bart Huff
                                              Counsel for Defendants