**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Scott Crespo
                              Plaintiff,

v.                                          Case No.: 1:10–cv–05536
                                                  Honorable Elaine E. Bucklo

Connor Drinan, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 5, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo:The status hearing scheduled for 1/6/2011 is stricken, Judge Marovich granted the Motion to reassign based on relatedness in case # 10CV5378.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.