**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Scott Crespo
                Plaintiff,

v.                            Case No.: 1:10−cv−05536
                               Honorable George M. Marovich

Connor Drinan, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 7, 2011:

      MINUTE entry before Honorable George M. Marovich:Plaintiff is given to and including 1/20/2011 to file amended complaint. Motion pursuant to Rule 12(B)(6) will be filed by 1/31/2011; response due by 2/22/2011; reply due by 3/8/2011; rule by mailMailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.