IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT CRESPO, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 10 C 5536 |
| | ) | (Assigned as Related to 10 C 5378) |
| v. | ) | |
| | ) | |
| CONNOR DRINAN, BRANDAN | ) | Judge Marovich |
| ZAUCHA and STEVEN BARSHAK | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

Plaintiff, Scott Crespo, brings this complaint against Defendants, Connor Drinan,

Brandan Zaucha, and Steven Barshak, seeking to recover under the Illinois Loss Act.

### Parties, Jurisdiction and Venue

1.     Plaintiff, Scott Crespo, is a "person" as defined by 720 ILCS 5/28-8(b) and is a

citizen of the State of Florida.

2.     Defendant, Connor Drinan, is a citizen and resident of the State of Illinois,

domiciled in this judicial district.

3.     Defendant, Brandan Zaucha, is a citizen and resident of the State of Illinois,

domiciled at in this judicial district.

4.     Defendant. Steve Barshak, is a citizen and resident of the State of Illinois.

Domiciled in this judicial district.

5.     This court has diversity jurisdiction under 28 U.S.C 1332(a) because the parties

are citizens of different states and the matter in controversy exceeds $75,000.

1

6.      Venue is proper in this district under 28 U.S.C 1391(a) (1) and (2) because Defendant resides within this judicial district and a substantial part of the events that give rise to this claim occurred in this district.

**Count I:  Violation of the Illinois Loss Act, 720 ILCS 5/28-1 *et seq.***
***Against Each Defendant, as alleged herein***

7.      The State of Illinois has enacted a comprehensive civil and criminal legislative scheme to regulate the conduct of gambling in the state in an effort to minimize and prevent the numerous social harms that may result from the vice of gambling. These harms include cheating and collusion, addiction, and exploitation of underage individuals. An important component of the statutory and regulatory scheme is the Illinois Loss Recovery Act, 720 ILCS 5/28-1, *et seq.,* which provides a cause of action by which anyone may sue and recover the total amount lost from the winner of illegal gambling activity. *See,* 720 ILCS 5/28-8.

8.      720 ILCS 5/28-1 states in relevant part:

*A person commits gambling when he: (1) Plays a game of chance or skill for money or other thing of value, unless excepted in subsection (b) of this Section...; or, (12) make[s] a wager upon the result of any game, ... by means of the Internet.*

8.      As more fully alleged herein, Defendant repeatedly played on-line poker for money or other thing of value from April, 2007 to the present.

9.      Online poker is a game of chance or skill.

10.     Online poker involves making a wager upon the result of the game of poker by means of the internet.

11.     Defendant Drinan is a well known online poker gambler who is known by his online name blanconegro. See http://www.pocketfives.com/articles/connor-drinan-blanconegro-breaks-down-ub-com-200k-guaranteed-win-584466.

12.     Defendant Drinan started playing $5 tournaments with his track team during his freshman year at Prospect High School in Illinois.

13.     Defendant Drinan later discovered online poker while still in high school in Illinois.

14.     Defendant Drinan started playing sit and gos on Party Poker.

15.     Defendant Drinan then started "10-tabling $200 sit and gos on PokerStars."

16.     Defendant Drinan started to have success taking gambling losses from other persons.

17.      For example, Defendant Drinan had "three $20,000+ scores in one week."  Since that time, Defendant has been playing mostly multi-table tournaments (MTTs).  Defendant Drinan also plays heads-up sit and go tournaments.

18.     Defendant Drinan regularly plays MTTs on Sundays.

19.     Drinan acts as a backer for the online play of Defendant Brandan Zaucha.

20.     On May 12, 2010, Drinan posted online, "im a reference for brandanz. im his current backer in online mtts. hes legit".  See http://forumserver.twoplustwo.com/163/staking-selling-shares/brandanzs-wsop-prelim-action-99-99-a-781108/

21.     On May 27, 2010, Defendant Zaucha posted online, "Here is a link where gypsiechris and blanconegro vouched for me in another thread I sold action in." http://forumserver.twoplustwo.com/163/staking-selling-shares/brandanzs-wsop-prelim-action-99-99-a-793844/

22.     Defendants Drinan and Zaucha have been involved in backing since 2007.

23.    On November, 4 2007, a person posted an exchange involving transfers in which Defendants Drinan (a/k/a blaconegro and/or bigballz) and Defendant Zaucha (a/k/a brandanz) were involved.  See http://archives1.twoplustwo.com/showflat.php?Cat=0&Number=12807361

24.    Defendants Drinan and Zaucha work together to take money from losers playing online poker.

25.    Defendants Drinan and Zaucha also play in many of the same tournaments.

26.    Online poker is not exempted by 720 ILCS 5/28-1(b).

27.    At all times relevant to this Complaint Defendant committed "gambling" as defined by 720 ILCS 5-28-1(a)(1) and/or 720 ILCS 5/28-1(a)(12).

28.    Defendants are well-known online poker gamblers who plays online poker at the following sites under the following usernames:

29.    Defendant Drinan plays at PokerStars as blanconegro; Defendant Drinan plays at FullTilt as:  negroblanco; Defendant Drinan plays as Absolute Poker as:  BLANCONEGRO and Defendant Drinan plays as Ultimate Bet as:  BLANCONEGRO.

30.    Defendant Zaucha plays at many of these same sites under the username brandanz and is backed by Defendant Drinan.

31.    Defendant has won money from gambling losers while playing poker in Illinois since within the last 5 years.

32.    720 ILCS 5/28-8 states in relevant part:

*Gambling losses recoverable. (a) Any person who by gambling shall lose to any other person, any sum of money or thing of value, amounting to the sum of $ 50 or more and shall pay or deliver the same or any part thereof, may sue for and recover the money or other thing of value, so lost and paid or delivered, in a civil action against the winner thereof, with costs, in the circuit court. No person who accepts from another person for transmission, and transmits, either in his own name or in the name of such other person, any order for any transaction to be made upon, or who executes any order given to him by another person, or who executes any transaction for his own account on, any regular*

4

*board of trade or commercial, commodity or stock exchange, shall, under any circumstances, be deemed a "winner" of any moneys lost by such other person in or through any such transactions.*

*(b)      If within 6 months, such person who under the terms of Subsection 28-8(a) is entitled to initiate action to recover his losses does not in fact pursue his remedy, any person may initiate a civil action against the winner. The court or the jury, as the case may be, shall determine the amount of the loss. After such determination, the court shall enter a judgment of triple the amount so determined." (emphasis added).*

33.      Those persons who have lost $50 or more gambling with Defendant have not initiated actions to recover losses against Defendant since six months prior to the filing of this complaint.

34.      Plaintiff is entitled to recover from Defendants, and each of them, gambling winnings paid by persons who have lost $50 or more gambling against Defendant since six months prior to the filing of the complaint or before, going back for a period of 2 years.  Thus, as of the date of this filing Plaintiff seeks to recover from all Defendants, and each of them, the total amount of money lost, to them, through internet gambling – between the dates of April 28, 2008 and July 27, 2010 – with said amounts to be trebled as required by 720 ILCS 5/28-8(b). Plaintiff has specified the approximate dates of many of these amounts in further detail in this complaint, but Plaintiff seeks to recover all amounts recoverable within the two statute based on proofs adduced at trial and by pleading specific amounts in this complaint does not limit his claim or ability to recover other amounts based on discovery and trial.

**Allegations Regarding Joint and Several Liability**

35.      Defendants are individually and jointly liable for any judgment that may be recovered by Plaintiff as a result of illegal gambling winnings.

36.      Before and during the commission of illegal gambling actions committed by Defendants, (i.e. gambling live and online) Defendants intended to promote and facilitate these

commissions, and solicited, aided, abetted, agreed, and attempted to aid each other in the planning and commission of these illegal gambling actions.

37.     Furthermore, the Illinois Loss Act, 720 ILCS 5-2 states in relevant part:

(c)     *either before or during the commission of an offense, and with the intent to promote or facilitate that commission, he or she solicits, aids, abets, agrees, or attempts to aid that other person in the planning or commission of the offense.*

*When 2 or more persons engage in a common criminal design or agreement, any acts in the furtherance of that common design committed by one party are considered to be the acts of all parties to the common design or agreement and all are equally responsible for the consequences of those further acts. Mere presence at the scene of a crime does not render a person accountable for an offense; a person's presence at the scene of a crime, however, may be considered with other circumstances by the trier of fact when determining accountability.*

38.     The Defendants, and each of them, engaged in a common criminal design or agreement to commit acts of illegal gambling.

39.     The Defendants, and each of them engaged, in a common criminal design to financially back each other for the commission of illegal gambling actions.

40.     The Defendants, and each of them, engaged in a common criminal design by vouching for one another. This encouraged individuals to support the commission of illegal gambling.

41.     For instance, Defendant Drinan acts as a financial backer for the online play of Defendant Brandan Zaucha – see allegations contained in paragraphs 19-25, above. Both Defendants, and each of them, are thus "accountable" for each other under 720 ILCS 5-2 and thus are equally responsible for the consequences of those further acts." They are thus jointly and severally liable for the conduct alleged in this complaint.

42.     And as recently as October 13, 2010, Defendant Barshak, using the online name Illini213 stated, "Brandon is a sicko... we talked a lot of strategy over the summer and I can def

vouch for him being a great player, if I had extra monies I would def invest." By "vouching,"

"investing" and soliciting "investments," Defendants are accountable for each other under the

provisions of 720 ILCS 5-2.

43.     On information and belief, discovery will reveal additional instances of vouching,

investing and soliciting investments.

44.     The potential for cheating and collusion is a major problem with internet

gambling and one of the reasons the State of Illinois has, in valid exercise of its police powers,

banned and criminalized internet gambling. For instance, on November 30th, 2008, 60 Minutes

reported a scandal involving a ring of company insiders at Absolute Poker who accessed security

accounts such that they could see the cards of other players at the table. (*See* www.cbsnews.com.

"How Online Gamblers Unmasked Cheaters" Nov. 30, 2008. 60 Minutes Report). This scheme

resulted in the unfair winnings of over $20,000,000, and as the report suggests, there is likely to

be even more cheating that is ongoing. Moreover, software is available that enables individuals

to prey upon weak players, and stack the odds in cheater's favor[1].

---

[1] A few examples of this software include: Poker Crusher, which utilizes data mining software to compile, analyze, and report on the history and gambling strategy of individuals from numerous online poker websites. The software also locates the "softest tables" on the web that contains the most inexperienced players and those with the losing records; Poker Bot Pro, a computer program that does not require an individual to play online poker. The software simply enters online poker rooms and automatically begins making money for the owner; Pocket Aces, software that allows the online player to change his or her cards after they have been dealt; No Rules Poker, which allows a user to see his or her opponent's cards; Calculatem Pro, a software package that takes the skill and mental rigor out of the game by calculating the odds the cheater has at winning a particular pot. As the product description explains, calculatem eliminates confusion and enables you to "take your opponents for the most money possible;" Sit and Go Shark, which calculates the odds of each hand and the strategies of the table's players and provides step-by-step advice to have the mathematically highest possibility of winning the hand; and Holdemgenius, which functions as a skin over most online poker sites and enables you to easily play multiple tables at once with almost little mental effort. Like other software, holdemgenius calculates the odds of winning each hand and makes strategy recommendations for the player.

43.     Online poker enables gambling addictions. For instance, the Illinois Institute for Addiction Recovery notes that a study conducted by Dr. Alec Roy concluded that pathological gambling is an addiction similar to a chemical addiction. See Alec Roy, MB, Arch Gen Psychiatry. 1988;45(4):369-373. The study showed pathological gamblers have lower levels of norepinephrine than normal gamblers. This brain chemical is secreted under stress, arousal, thrill and excitement.;therefore pathological gamblers may engage in activities such as gambling to increase their levels of norepinephrine. The illness of pathological gamblers is exploited by the play of illegal, unregulated on-line gambling and imposes social costs on citizens of Illinois. Too often, gambling addictions result in suicide. A survey of nearly 200 Gamblers Anonymous members in Illinois found that 66 percent had contemplated suicide, 79 percent had wanted to die, 45 percent had a definite plan to kill themselves, and 16 percent had actually attempted suicide. The Illinois Council on Compulsive Gambling reports that more than 20 Illinois residents have killed themselves as a result of a gambling addiction. (*See*, Henry R. Lesieur and Christopher W. Anderson, "Results of a 1995 Survey of Gamblers Anonymous Members in Illinois (N=184)," Illinois Council on Problem and Compulsive Gambling, 14 June 1995).

44.     A report prepared by Professor John W. Kindt, (University of Illinois) and Stephen W. Jay (Florida International University) states: "Utilizing the basic McDougal/Lasswell methodology of policy-oriented jurisprudence and applying these methods to the issues involving Internet gambling revealed that only a policy of "totally banning" Internet gambling was practically feasible. Exceptions eventually led to wide-open Internet gambling and an overwhelming litany of economic ills and social consequences—increased addicted gamblers, bankruptcies, and crime and corruption." A copy of this paper can be found at:

http://www.ideals.illinois.edu/bitstream/handle/2142/1901/KindtOP_07Sept.pdf?sequence=2 and is incorporated herein.

### Connor Drinan

45.     On 6/2/2008, Drinan and 489 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 436 persons lost the entire sum wagered. Drinan won the sum of $2,940. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

46.     On 6/3/2008, Drinan and 233 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 207 persons lost the entire sum wagered. Drinan won the sum of $6,960. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

47.     On 6/7/2008, Drinan and 81 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 77 persons lost the entire sum wagered. Drinan won the sum of $12,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

48.     On 6/24/2008, Drinan and 251 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 229 persons lost the

entire sum wagered. Drinan won the sum of $17,675. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

49.     On 7/27/2008, Drinan and 251 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 229 persons lost the entire sum wagered. Drinan won the sum of $5,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

50.     On 9/21/2008, Drinan and 45 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 42 persons lost the entire sum wagered. Drinan won the sum of $5,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

51.     On 9/21/2008, Drinan and 87 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 83 persons lost the entire sum wagered. Drinan won the sum of $5,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

52.     On 10/5/2008, Drinan and 279 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 267 persons lost the entire sum wagered. Drinan won the sum of $14,300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

53.     On 10/5/2008, Drinan and 1014 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 916 persons lost the entire sum wagered. Drinan won the sum of $21,823. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

54.     On 10/6/2008, Drinan and 201 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 178 persons lost the entire sum wagered. Drinan won the sum of $10,100. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

55.     On 10/12/2008, Drinan and 260 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 245 persons lost the entire sum wagered. Drinan won the sum of $14,300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

56.     On 10/12/2008, Drinan and 75 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 73 persons lost the entire sum wagered. Drinan won the sum of $14,300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

57.     On 12/8/2008, Drinan and 443 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 390 persons lost the entire sum wagered. Drinan won the sum of $16,937. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

58.     On 12/10/2008, Drinan and 201 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 178 persons lost the entire sum wagered. Drinan won the sum of $12,650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

59.     On 1/14/2009, Drinan and 287 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 261 persons lost the entire sum wagered. Drinan won the sum of $7,656. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

60.     On 2/5/2009, Drinan and 449 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 405 persons lost the entire sum wagered. Drinan won the sum of $14,091. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

61.     On 2/9/2009, Drinan and 1399 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 1265 persons lost the entire sum wagered. Drinan won the sum of $12,600. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

62.     On 5/10/2009, Drinan and 254 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 223 persons lost the entire sum wagered. Drinan won the sum of $13,770. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

63.     On 5/10/2009, Drinan and 320 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 285 persons lost the

entire sum wagered. Drinan won the sum of $20,064. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

64.     On 5/24/2009, Drinan and 962 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 855 persons lost the entire sum wagered. Drinan won the sum of $11,827. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

65.     On 6/14/2009, Drinan and 8020 other persons wagered the sum of $370 each to play in a game of online poker on the site www.pokerstars.com. 7757 persons lost the entire sum wagered. Drinan won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

66.     On 6/21/2009, Drinan and 431 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 378 persons lost the entire sum wagered. Drinan won the sum of $31,724. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

67.     On 6/28/2009, Drinan and 305 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 291 persons lost the entire sum wagered. Drinan won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

68.     On 6/28/2009, Drinan and 921 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 823 persons lost the entire sum wagered. Drinan won the sum of $1,060.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

69.     On 7/5/2009, Drinan and 7306 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6807 persons lost the entire sum wagered. Drinan won the sum of $79,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

70.     On 7/8/2009, Drinan and 125 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 108 persons lost the entire sum wagered. Drinan won the sum of $1,875.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would

have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

71.     On 7/15/2009, Drinan and 213 other persons wagered the sum of $120 each to play in a game of online poker on the site www.absolutepoker.com. 187 persons lost the entire sum wagered. Drinan won the sum of $385.20. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

72.     On 7/26/2009, Drinan and 994 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 896 persons lost the entire sum wagered. Drinan won the sum of $1,240.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

73.     On 8/2/2009, Drinan and 654 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 574 persons lost the entire sum wagered. Drinan won the sum of $11,652. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

74.     On 8/16/2009, Drinan and 2326 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 2187 persons lost the entire sum wagered. Drinan won the sum of $5,200. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

75.     On 8/22/2009, Drinan and 385 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 344 persons lost the entire sum wagered. Drinan won the sum of $17,602. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

76.     On 9/9/2009, Drinan and 999 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 900 persons lost the entire sum wagered. Drinan won the sum of $9,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

77.     On 10/29/2009, Drinan and 313 other persons wagered the sum of $77 each to play in a game of online poker on the site www.pokerstars.com. 266 persons lost the entire sum wagered. Drinan won the sum of $4,506. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

78.     On 11/10/2009, Drinan and 768 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 679 persons lost the entire sum

wagered. Drinan won the sum of $10,382. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

79.     On 11/14/2009, Drinan and 286 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 260 persons lost the entire sum wagered. Drinan won the sum of $602.70. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

80.     On 11/28/2009, Drinan and 241 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 215 persons lost the entire sum wagered. Drinan won the sum of $13,283. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

81.     On 12/6/2009, Drinan and 173 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 162 persons lost the entire sum wagered. Drinan won the sum of $6,742.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

82.     On 12/13/2009, Drinan and 169 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 152 persons lost the entire sum wagered. Drinan won the sum of $2,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

83.     On 12/13/2009, Drinan and 959 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 870 persons lost the entire sum wagered. Drinan won the sum of $26,900.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

84.     On 12/15/2009, Drinan and 550 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 479 persons lost the entire sum wagered. Drinan won the sum of $10,414. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

85.     On 12/20/2009, Drinan and 1013 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 915 persons lost the entire sum wagered. Drinan won the sum of $9,024.60. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would

have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

86.     On 12/21/2009, Drinan and 177 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 151 persons lost the entire sum wagered. Drinan won the sum of $5,794. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

87.     On 12/21/2009, Drinan and 333 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 292 persons lost the entire sum wagered. Drinan won the sum of $21,253. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

88.     On 1/4/2010, Drinan and 247 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 212 persons lost the entire sum wagered. Drinan won the sum of $26,010. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

89.     On 1/12/2010, Drinan and 120 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 106 persons lost the entire sum wagered. Drinan won the sum of $3,069. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

90.     On 1/19/2010, Drinan and 159 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 148 persons lost the entire sum wagered. Drinan won the sum of $2,625.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

91.     On 1/27/2010, Drinan and 176 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 150 persons lost the entire sum wagered. Drinan won the sum of $6,052. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

92.     On 1/27/2010, Drinan and 176 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 150 persons lost the entire sum wagered. Drinan won the sum of $6052. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

93.     On 2/8/2010, Drinan and 291 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 256 persons lost the

entire sum wagered. Drinan won the sum of $12245. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

94.     On 2/14/2010, Drinan and 613 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 551 persons lost the entire sum wagered. Drinan won the sum of $46688. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

95.     On 2/14/2010, Drinan and 310 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 275 persons lost the entire sum wagered. Drinan won the sum of $1555. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

96.     On 2/21/2010, Drinan and 331 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 287 persons lost the entire sum wagered. Drinan won the sum of $1909. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

97.     On 2/21/2010, Drinan and 325 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 290 persons lost the entire sum wagered. Drinan won the sum of $3667.5. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

98.     On 2/28/2010, Drinan and 200 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 174 persons lost the entire sum wagered. Drinan won the sum of $12865. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

99.     On 3/7/2010, Drinan and 606 other persons wagered the sum of $150 each to play in a game of online poker on the site www.fultiltpoker.com. 544 persons lost the entire sum wagered. Drinan won the sum of $1,139.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

100.     On 3/7/2010, Drinan and 1,097 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 936 persons lost the entire sum wagered. Drinan won the sum of $1,921.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

101.    On 3/7/2010, Drinan and 295 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 260 persons lost the entire sum wagered. Drinan won the sum of $3,382.40. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

102.    On 3/24/2010, Drinan and 356 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 315 persons lost the entire sum wagered. Drinan won the sum of $3,845. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

103.    On 4/5/2010, Drinan and 192 other persons wagered the sum of $100 each to play in a game of online poker on the site www.fultiltpoker.com. 175 persons lost the entire sum wagered. Drinan won the sum of $6,311.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

104.    On 4/6/2010, Drinan and 395 other persons wagered the sum of $1,050 each to play in a game of online poker on the site www.pokerstars.com. 351 persons lost the entire sum wagered. Drinan won the sum of $5,940. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

105.    On 4/7/2010, Drinan and 390 other persons wagered the sum of $100 each to play in a game of online poker on the site www.fulltiltpoker.com. 337 persons lost the entire sum wagered. Drinan won the sum of $1,065.40. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

106.    On 4/6/2010, Drinan and 192 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 175 persons lost the entire sum wagered. Drinan won the sum of $6,311. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

107.    On 4/26/2010, Drinan and 513 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 460 persons lost the entire sum wagered. Drinan won the sum of $6,361. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

108.    On 5/11/2010, Drinan and 343 other persons wagered the sum of $1,050 or more each to play in a game of online poker on the site www.pokerstars.com. 299 persons lost the

25

entire sum wagered. Drinan won the sum of $183,715. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

109.    On 5/19/2010, Drinan and 252 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 217 persons lost the entire sum wagered. Drinan won the sum of $9,495. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

110.    On 5/22/2010, Drinan and 124 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 107 persons lost the entire sum wagered. Drinan won the sum of $7,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

111.    On 5/23/2010, Drinan and 876 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 796 persons lost the entire sum wagered. Drinan won the sum of $45,700. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

112.    On 5/30/2010, Drinan and 246 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 220 persons lost the entire sum wagered. Drinan won the sum of $2,250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

113.    On 6/7/2010, Drinan and 806 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 699 persons lost the entire sum wagered. Drinan won the sum of $15,131. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

114.    On 6/22/2010, Drinan and 231 other persons wagered the sum of $102 each to play in a game of online poker on the site www.pokerstars.com. 200 persons lost the entire sum wagered. Drinan won the sum of $1,856. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

115.    On 6/28/2010, Drinan and 227 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 201 persons lost the entire sum wagered. Drinan won the sum of $13,633. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would

have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

116.    On 7/10/2010, Drinan and 125 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 110 persons lost the entire sum wagered. Drinan won the sum of $5,681. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

117.    On 7/15/2010, Drinan and 563 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 510 persons lost the entire sum wagered. Drinan won the sum of $2,623. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

118.    On 7/26/2010, Drinan and 269 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 234 persons lost the entire sum wagered. Drinan won the sum of $35,951. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Drinan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

**Brandan Zaucha**

119.    On 8/3/2008, Zaucha and 1034 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 918 persons lost the entire sum wagered. Zaucha won the sum of $19,148. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

120.    On 9/29/2008, Zaucha and 214 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fultiltpoker.con. 188 persons lost the entire sum wagered. Zaucha won the sum of $5,590. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

121.    On 11/2/2008, Zaucha and 386 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 342 persons lost the entire sum wagered. Zaucha won the sum of $5,708. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

122.    On 11/4/2008, Zaucha and 404 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 360 persons lost the entire sum wagered. Zaucha won the sum of $7,898. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

123.     On 1/21/2009, Zaucha and 1017 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 901 persons lost the entire sum wagered. Zaucha won the sum of $20,462. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

124.     On 6/18/2009, Zaucha and 131 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fultiltpoker.con. 117 persons lost the entire sum wagered. Zaucha won the sum of $9,240. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

125.     On 7/5/2009, Zaucha and 315 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fultiltpoker.con. 280 persons lost the entire sum wagered. Zaucha won the sum of $2,923. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

126.     On 7/19/2009, Zaucha and 183 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 157 persons lost the entire sum wagered. Zaucha won the sum of $4,126. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

127.    On 7/20/2009, Zaucha and 479 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fultiltpoker.con. 435 persons lost the entire sum wagered. Zaucha won the sum of $8,185. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

128.    On 8/2/2009, Zaucha and 350 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fultiltpoker.con. 309 persons lost the entire sum wagered. Zaucha won the sum of $13,999. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

129.    On 8/16/2009, Zaucha and 385 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fultiltpoker.con. 344 persons lost the entire sum wagered. Zaucha won the sum of $24,133. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

130.    On 9/20/2009, Zaucha and 1247 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 1104 persons lost the

entire sum wagered. Zaucha won the sum of $47,410. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

131.     On 9/27/2009, Zaucha and 1729 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1532 persons lost the entire sum wagered. Zaucha won the sum of $5,623. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

132.     On 12/21/2009, Zaucha and 177 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 151 persons lost the entire sum wagered. Zaucha won the sum of $2,358. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

133.     On 1/24/2010, Zaucha and 1546 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 1367 persons lost the entire sum wagered. Zaucha won the sum of $773.5. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

134.   On 2/2/2010, Zaucha and 764 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 675 persons lost the entire sum wagered. Zaucha won the sum of $14,344. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

135.   On 2/15/2010, Zaucha and 318 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 283 persons lost the entire sum wagered. Zaucha won the sum of $15,990. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

136.   On 2/15/2010, Zaucha and 2376 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 2035 persons lost the entire sum wagered. Zaucha won the sum of $14,104. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

137.   On 2/16/2010, Zaucha and 303 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 259 persons lost the entire sum wagered. Zaucha won the sum of $4,378. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

138.    On 2/17/2010, Zaucha and 435 other persons wagered the sum of $$55 or more each to play in a game of online poker on the site www.pokerstars.com. 382 persons lost the entire sum wagered. Zaucha won the sum of $6,088. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

139.    On 2/17/2010, Zaucha and 1045 other persons wagered the sum of $59 each to play in a game of online poker on the site www.fultiltpoker.con. 926 persons lost the entire sum wagered. Zaucha won the sum of $6,543. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

140.    On 2/20/2010, Zaucha and 660 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 589 persons lost the entire sum wagered. Zaucha won the sum of $37,479. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

141.    On 2/22/2010, Zaucha and 1619 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1440 persons lost the entire sum wagered. Zaucha won the sum of $3,078. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

142.    On 3/7/2010, Zaucha and 10122 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 9523 persons lost the entire sum wagered. Zaucha won the sum of $3,847. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

143.    On 3/10/2010, Zaucha and 600 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 529 persons lost the entire sum wagered. Zaucha won the sum of $12,486. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

144.    On 3/18/2010, Zaucha and 295 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 260 persons lost the entire sum wagered. Zaucha won the sum of $10,808. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

145.    On 3/22/2010, Zaucha and 436 other persons wagered the sum of $204 each to play in a game of online poker on the site www.pokerstars.com. 374 persons lost the entire sum

wagered. Zaucha won the sum of $4,807. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

146.    On 3/20/2010, Zaucha and 383 other persons wagered the sum of $50 each to play in a game of online poker on the site www.fultiltpoker.con. 348 persons lost the entire sum wagered. Zaucha won the sum of $2,452.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

147.    On 3/17/2010, Zaucha and 158 other persons wagered the sum of $100 each to play in a game of online poker on the site www.fultiltpoker.con. 141 persons lost the entire sum wagered. Zaucha won the sum of $3,014. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

148.    On 3/10/2010, Zaucha and 374 other persons wagered the sum of $200 each to play in a game of online poker on the site www.fultiltpoker.con. 333 persons lost the entire sum wagered. Zaucha won the sum of $1,875. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

149.    On 3/6/2010, Zaucha and 122 other persons wagered the sum of $100 each to play in a game of online poker on the site www.fultiltpoker.com. 111 persons lost the entire sum wagered. Zaucha won the sum of $1,237.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28--8(a) to recover their losses have done so.

150.    On 3/3/2010, Zaucha and 274 other persons wagered the sum of $100 each to play in a game of online poker on the site www.pokerstars.com. 230 persons lost the entire sum wagered. Zaucha won the sum of $3009.6. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

151.    On 3/7/2010, Zaucha and 10122 other persons wagered the sum of $$200 each to play in a game of online poker on the site www.pokerstars.com. 8623 persons lost the entire sum wagered. Zaucha won the sum of $3846.74. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

152.    On 3/10/2010, Zaucha and 600 other persons wagered the sum of $150 each to play in a game of online poker on the site www.pokerstars.com. 529 persons lost the entire sum wagered. Zaucha won the sum of $12485.77. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

153.     On 3/17/2010, Zaucha and 295 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.pokerstars.com. 260 persons lost the entire sum wagered. Zaucha won the sum of $10808. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

154.     On 3/21/2010, Zaucha and 436 other persons wagered the sum of $$100 each to play in a game of online poker on the site www.pokerstars.com. 374 persons lost the entire sum wagered. Zaucha won the sum of $4807. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

155.     On 3/21/2010, Zaucha and 557 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.pokerstars.com. 495 persons lost the entire sum wagered. Zaucha won the sum of $1012. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

156.     On 3/21/2010, Zaucha and 193 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.pokerstars.com. 158 persons lost the entire sum wagered. Zaucha won the sum of $2686.5. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

157.    On 5/2/2010, Zaucha and 787 other persons wagered the sum of $$2,000 each to play in a game of online poker on the site www.pokerstars.com. 686 persons lost the entire sum wagered. Zaucha won the sum of $3940. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

158.    On 5/4/2010, Zaucha and 1144 other persons wagered the sum of $1000 or more each to play in a game of online poker on the site www.pokerstars.com. 1001 persons lost the entire sum wagered. Zaucha won the sum of $8587.5. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

159.    On 5/9/2010, Zaucha and 495 other persons wagered the sum of $200 each to play in a game of online poker on the site www.pokerstars.com. 433 persons lost the entire sum wagered. Zaucha won the sum of $3224. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

160.    On 5/9/2010, Zaucha and 1125 other persons wagered the sum of $50 or more each to play in a game of online poker on the site www.pokerstars.com. 1000 persons lost the

entire sum wagered. Zaucha won the sum of $41151.85. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

161.     On 5/16/2010, Zaucha and 3674 other persons wagered the sum of $10000 or more each to play in a game of online poker on the site www.pokerstars.com. 3180 persons lost the entire sum wagered. Zaucha won the sum of $9371.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

162.     On 7/18/2010, Zaucha and 1072 other persons wagered the sum of $50 or more each to play in a game of online poker on the site www.pokerstars.com. 947 persons lost the entire sum wagered. Zaucha won the sum of $4761. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

163.     On 7/25/2010, Zaucha and 531 other persons wagered the sum of $200 each to play in a game of online poker on the site www.pokerstars.com. 460 persons lost the entire sum wagered. Zaucha won the sum of $1276.8. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

164.    On 7/25/2010, Zaucha and 1044 other persons wagered the sum of $$500 each to play in a game of online poker on the site www.pokerstars.com. 892 persons lost the entire sum wagered. Zaucha won the sum of $3605.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Zaucha, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

### Steven Barshak

165.    On 10/2/2009, Barshak and 310 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 275 persons lost the entire sum wagered. Barshak won the sum of $7,065. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

166.    On 11/2/2009, Barshak and 274 other persons wagered the sum of $77 each to play in a game of online poker on the site www.pokerstars.com. 233 persons lost the entire sum wagered. Barshak won the sum of $4,043. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

167.    On 11/4/2009, Barshak and 179 other persons wagered the sum of $51 each to play in a game of online poker on the site www.pokerstars.com. 153 persons lost the entire sum wagered. Barshak won the sum of $1,395. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

168. On 11/5/2009, Barshak and 426 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 382 persons lost the entire sum wagered. Barshak won the sum of $4,567. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

169. On 11/9/2009, Barshak and 364 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 329 persons lost the entire sum wagered. Barshak won the sum of $2,920. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

170. On 11/9/2009, Barshak and 332 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 290 persons lost the entire sum wagered. Barshak won the sum of $1,898. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

171. On 11/12/2009, Barshak and 359 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 318 persons lost the entire sum wagered. Barshak won the sum of $5,472. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

172.    On 11/27/2009, Barshak and 278 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 243 persons lost the entire sum wagered. Barshak won the sum of $8,856. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

173.    On 12/4/2009, Barshak and 282 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 247 persons lost the entire sum wagered. Barshak won the sum of $2,490. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

174.    On 12/5/2009, Barshak and 664 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 584 persons lost the entire sum wagered. Barshak won the sum of $18,753. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

175.    On 12/13/2009, Barshak and 1471 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 1337 persons lost the entire

sum wagered. Barshak won the sum of $13,535. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

176.     On 12/20/2009, Barshak and 772 other persons wagered the sum of $700 each to play in a game of online poker on the site www.pokerstars.com. 733 persons lost the entire sum wagered. Barshak won the sum of $15,130. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

177.     On 12/24/2009, Barshak and 1138 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 959 persons lost the entire sum wagered. Barshak won the sum of $4,613. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

178.     On 1/26/2010, Barshak and 353 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 318 persons lost the entire sum wagered. Barshak won the sum of $3,620. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

179.    On 1/29/2010, Barshak and 814 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 734 persons lost the entire sum wagered. Barshak won the sum of $28,729. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

180.    On 1/30/2010, Barshak and 1386 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 1234 persons lost the entire sum wagered. Barshak won the sum of $27,900. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

181.    On 2/7/2010, Barshak and 1012 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 869 persons lost the entire sum wagered. Barshak won the sum of $88,536. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

182.    On 2/20/2010, Barshak and 394 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 332 persons lost the entire sum wagered. Barshak won the sum of $5,561. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

183.    On 3/1/2010, Barshak and 401 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 357 persons lost the entire sum wagered. Barshak won the sum of $4,623. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

184.    On 3/4/2010, Barshak and 2218 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1895 persons lost the entire sum wagered. Barshak won the sum of $1,609. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

185.    On 3/11/2010, Barshak and 368 other persons wagered the sum of $$55 or more each to play in a game of online poker on the site www.pokerstars.com. 324 persons lost the entire sum wagered. Barshak won the sum of $11,934. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

186.    On 3/13/2010, Barshak and 335 other persons wagered the sum of $$55  or more each to play in a game of online poker on the site www.fulltiltpoker.com. 300 persons lost the entire sum wagered. Barshak won the sum of $10,463. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

187.     On 3/17/2010, Barshak and 297 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 262 persons lost the entire sum wagered. Barshak won the sum of $14,304. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

188.     On 3/18/2010, Barshak and 353 other persons wagered the sum of $77 each to play in a game of online poker on the site www.pokerstars.com. 300 persons lost the entire sum wagered. Barshak won the sum of $3,667. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

189.     On 3/19/2010, Barshak and 443 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 399 persons lost the entire sum wagered. Barshak won the sum of $11,100. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

190.     On 3/20/2010, Barshak and 334 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 290 persons lost the entire sum

wagered. Barshak won the sum of $2,471. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

191.    On 3/23/2010, Barshak and 175 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 158 persons lost the entire sum wagered. Barshak won the sum of $9,639. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

192.    On 3/24/2010, Barshak and 153 other persons wagered the sum of $$55 or more each to play in a game of online poker on the site www.pokerstars.com. 136 persons lost the entire sum wagered. Barshak won the sum of $2,801. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

193.    On 3/25/2010, Barshak and 376 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 341 persons lost the entire sum wagered. Barshak won the sum of $9,425. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

194.     On 3/25/2010, Barshak and 603 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 541 persons lost the entire sum wagered. Barshak won the sum of $936. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

195.     On 3/25/2010, Barshak and 428 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 375 persons lost the entire sum wagered. Barshak won the sum of $39,094. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

196.     On 3/28/2010, Barshak and 549 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 496 persons lost the entire sum wagered. Barshak won the sum of $3500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

197.     On 3/30/2010, Barshak and 255 other persons wagered the sum of $102 each to play in a game of online poker on the site www.pokerstars.com. 224 persons lost the entire sum wagered. Barshak won the sum of $$3,840. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

198.    On 4/2/2010, Barshak and 94 other persons wagered the sum of $$55 or more each to play in a game of online poker on the site www.pokerstars.com. 83 persons lost the entire sum wagered. Barshak won the sum of $$2,257. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

199.    On 4/10/2010, Barshak and 236 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 210 persons lost the entire sum wagered. Barshak won the sum of $$9,438. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

200.    On 4/14/2010, Barshak and 499 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 440 persons lost the entire sum wagered. Barshak won the sum of $$3,700. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

201.    On 4/20/2010, Barshak and 370 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 335 persons lost the entire sum wagered. Barshak won the sum of $$1,855. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

202.    On 4/21/2010, Barshak and 564 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 502 persons lost the entire sum wagered. Barshak won the sum of $$2,754. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

203.    On 4/22/2010, Barshak and 506 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 444 persons lost the entire sum wagered. Barshak won the sum of $$10,647. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

204.    On 4/25/2010, Barshak and 597 other persons wagered the sum of $$163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 535 persons lost the entire sum wagered. Barshak won the sum of $$73,610. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

205.    On 5/1/2010, Barshak and 1095 other persons wagered the sum of $59 each to play in a game of online poker on the site www.fulltiltpoker.com. 976 persons lost the entire sum

wagered. Barshak won the sum of $$10,283. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

206.    On 5/12/2010, Barshak and 210 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 204 persons lost the entire sum wagered. Barshak won the sum of $$$5,858. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

207.    On 5/15/2010, Barshak and 156 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 139 persons lost the entire sum wagered. Barshak won the sum of $$7,423. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

208.    On 5/18/2010, Barshak and 537 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 484 persons lost the entire sum wagered. Barshak won the sum of $$7,061. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

209.    On 6/6/2010, Barshak and 7308 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6809 persons lost the entire sum wagered. Barshak won the sum of $$18,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

210.    On 6/12/2010, Barshak and 122 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 111 persons lost the entire sum wagered. Barshak won the sum of $$3,374. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

211.    On 6/13/2010, Barshak and 1508 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 1347 persons lost the entire sum wagered. Barshak won the sum of $$18,108. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

212.    On 6/21/2010, Barshak and 265 other persons wagered the sum of $$55 or more each to play in a game of online poker on the site www.pokerstars.com. 230 persons lost the entire sum wagered. Barshak won the sum of $$4,785. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

213.     On 6/24/2010, Barshak and 370 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 335 persons lost the entire sum wagered. Barshak won the sum of $$2,226. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

214.     On 6/26/2010, Barshak and 593 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 540 persons lost the entire sum wagered. Barshak won the sum of $$2,599. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

215.     On 6/27/2010, Barshak and 522 other persons wagered the sum of $640 each to play in a game of online poker on the site www.fulltiltpoker.com. 496 persons lost the entire sum wagered. Barshak won the sum of $$12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

216.     On 7/6/2010, Barshak and 417 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 373 persons lost the entire sum wagered. Barshak won the sum of $$6,479. None of the persons who lost and paid or delivered

54

money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

217.    On 7/6/2010, Barshak and 276 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 241 persons lost the entire sum wagered. Barshak won the sum of $$4,650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

218.    On 7/12/2010, Barshak and 457 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 413 persons lost the entire sum wagered. Barshak won the sum of $$4,898. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

219.    On 7/17/2010, Barshak and 464 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 420 persons lost the entire sum wagered. Barshak won the sum of $$3,690. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

220.    On 7/20/2010, Barshak and 442 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 398 persons lost the entire sum

wagered. Barshak won the sum of $$2,990. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

221.    On 7/21/2010, Barshak and 263 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.pokerstars.com. 228 persons lost the entire sum wagered. Barshak won the sum of $$18,307. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

222.    On 7/23/2010, Barshak and 165 other persons wagered the sum of $$109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 146 persons lost the entire sum wagered. Barshak won the sum of $$9,360. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

223.    On 7/26/2010, Barshak and 946 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 821 persons lost the entire sum wagered. Barshak won the sum of $$2,131. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Barshak, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

WHEREFORE, Plaintiff, Scott Crespo, requests that this Court enter judgment in his favor and against Defendants Connor Drinan and Brandan Zaucha, jointly and severally, and award:

A.     Triple the amount of loss as determined under 720 ILCS 5/28-8(b);

B.     Court costs; and

C.     Any other relief that the Court deems just.

Respectfully Submitted,
Scott Crespo

s/ Mark T. Lavery
Attorney for Plaintiff

Mark T. Lavery
Christopher V. Langone, *Of Counsel*
733 S. Lee Street, Suite 150
Des Plaines, IL 60618
847-813-7771