IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT CRESPO, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 10 C 5536 |
| | ) | (Assigned as Related to 10 C 5378) |
| v. | ) | |
| | ) | |
| CONNOR DRINAN, BRANDAN | ) | Judge Marovich |
| ZAUCHA and STEVEN BARSHAK | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

NOTICE:     Marc Zwillenger
            Bart Huff
            Zwillinger Genetski LLP
            1705 N. Street, NW
            Washington, D.C. 20036

        I, Mark Lavery, counsel for Plaintiff Crespo, filed a Second Amended Complaint
on 01/28/2011.


___/s/_Mark_Lavery_____
Mark Lavery

CERTIFICATE OF SERVICE

        I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this
motion to be served electronically on 01/28/2011.

                                            Respectfully Submitted,
                                            Plaintiff Crespo


                                            __/s/ Mark T. Lavery

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771